IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ This Document Relates to: James Larry Capell and Patricia J. Capell, wife, Plaintiffs, vs. A. W. Chesterton Company Agrium U.S., Inc. *(d/b/a and as successor in interest to Royster-Clark, Inc.)* Alfa Laval, Inc. Aurora Pump Blackmer Pump Borg-Warner Morse TEC, Inc.; Buffalo Pumps, Inc. *(individually and as a subsidiary of AMPCO-Pittsburgh Corp.)* Carrier Corporation CertainTeed Corporation; Cleaver-Brooks, Inc., *a Division of Aqua-Chem, Inc.;* Courter & Company, Inc. Crane Co. (The) *(Individually and as successor to Cochrane and Chapman Valve Co.)* Curtis-Wright Flow Control Corporation *(Individually and as Successor to Farris Valves and/or Sprague Pumps)* Dover Pump Solutions Group *(d/b/a and as successor in Interest to Blackmer Pump)* Eaton Corporation *(Individually and now known as Eaton Electrical, Inc. and as Successor The Vickers Pump Company and Cutler-Hammer, Inc.)* Flowserve US Inc. *(Solely as successor to Edward Valves, Inc.; Vogt Valve Company; and Nordstrom Valves, Inc.)* FST Engineers, Inc. *(f/k/a Fay Spofford & Thorndike of New York, f/k/a and successor in interest to Wolff & Munier, Inc.)* Fulton Thermal Corporation Gardner Denver, Inc. Georgia Pacific Corporation; Goulds Pumps, Inc. Goulds Pumps (IPG), Inc. IMO Industries, Inc. *(f/k/a IMO Delaval, Inc., Individually and as Succesor to Turbine Equipment Company)* Invensys Controls, a division of Invensys Systems, *(Individually and as Successor to Robertshaw and Fulton* | Civil Action No.  MDL 875 District of South Carolina Civil Action No. 8:09-2311 **COMPLAINT** |

| | |
|---|---|
| *Sylphon)* | : |
| ITT Corporation, *(f/k/a and as successor in interest to Goulds Pumps, Inc.)* | : |
| Met-Pro Corporation | : |
| Munaco Packing & Rubber | : |
| National Service Industries, Inc.; | : |
| Parker Hannifin Corporation, *Individually and as Successor by Merger to Stratoflex, Inc. (Cleveland Brake Division)* | : |
| Patterson Pump Company, *(a Subsidiary of the Gorman-Rupp Company and Individually and as successor to C. H. Wheeler Manufacturing And Griscom Russell)* | : |
| Rapid-American Corporation *(successor by merger to Glen Alden Corporation, Briggs Manufacturing Company, Philip Carey Corporation and Philip Carey Manufacturing Company)*; | : |
| Tyco International (US) Inc. *(Individually and as Successor to Hancock Valves, Lonergan Valves, Keystone, Yarway Corporation and Kunkle Valves)* | : |
| Union Carbide Corporation; | : |
| Velan Valve Corporation | |
| Viacom, Inc. *(successor by merger to CBS Corporation f/k/a Westinghouse Electric* | |
| Viking Pump, Inc., a Unit of IDEX Corporation | |
| Warren Pumps, Inc. *(Individually and as Successor to The Quimby Pump Company)* | |
| Weil-McLain, *(a division of Marley-Wylain Company)* | |
| Yarway Corporation | |
| Zurn Industries, LLC | |

     Defendants

_____

  Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457. Pursuant to the August 20, 1986, Order of Honorable Charles R. Weiner, the following short-form Complaint is utilized in this asbestos action:

  1. James Larry Capell, The Injured Plaintiff ("plaintiff-worker") and Patricia J. Capell, ("plaintiff-spouse"). Plaintiff 's Address, Social Security Number, and Date of Birth information is available upon request.

2. The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875. Moreover, the Plaintiffs are citizens of the State of North Carolina and no defendant is a citizen or has a principal place of business in the State of North Carolina. Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3. The Defendants are those companies listed in the caption.

4. Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint: Counts I, II, III, IV and V.

5. Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6. Plaintiff-worker was diagnosed with Lung Cancer by Ravi Chandran, M. D. on September 27, 2007.

7. Plaintiffs certify that they have not been a party to any related third-party asbestos litigation.

8. Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.

s/Mona Lisa Wallace
N.C. Bar No.: 9021
Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina  28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com

Date: 9/1/09

JAMES LARRY CAPELL
SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Power House Mechanic, Pipe Fitter, Plumber
Pipe Fitter
Meter Reader
Cloth Handler, Maintenance

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Duke Energy – Belews Creek; Marshall; McGuire; Oconee | 1970 – 1988 |
| Daniel Construction @ Michelin Tire; Kimberly Clark; Carrier Air Conditioner Plant-TN | 1962 – 1969 |
| Dept. of Public Works – Greenwood, SC | 1958 – 1961 |
| Greenwood Mills, Inc. – Greenwood, SC | 1953 - 1957 |

RELATED ASBESTOS LITIGATION:

Worker's Compensation Claim – Duke Energy - Pending

SMOKING HISTORY:

1 ppd.   1953 - Present

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

Patricia J. Capell, wife

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEFENDANTS LIST**

A. W. Chesterton Company
PO Box 4004
Woburn, MA  01888-4004

Agrium U.S. Inc.
CT Corporation System
150 Fayetteville Street Mall #1011
Raleigh, NC  27601-1395

ALFA LAVAL, INC.
Corporate Trust Systems
111 8th Avenue 13th Floor
New York, NY 12207

Aurora Pump
c/o Lynette Jones
13515 Ballantyne Corporate Place
Charlotte, NC  28277

Buffalo Pumps, Inc.
600 Grant Street, Suite 4600
Pittsburgh, PA  15219

Carrier Corporation
Corporate Trust Systems
111 8th Avenue 13th Floor
New York, NY 12207

CertainTeed Corporation
CT Corporation System
150 Fayetteville Street Mall #1011
Raleigh, NC  27601-1395

Cleaver-Brooks, Inc., a Division of Aqua-Chem,
11950 W Lake Park Drive
Milwaukee, WI  53224

Courter & Company, Inc.
John L. Courter
5519 Export Boulevard
Garden City, GA  31408

Crane Company (The)
100 West Stamford Place
Stamford, CT 06902

Curtiss-Wright Flow Control Corporation
2941 Fairview Park Dr., Ste. 850
Falls Church, VA  22042

Dover Pump Solutions Group
1460 Ford Street, Ste. 205
Redland, CA  92373

Eaton Corporation
Corporate Trust Systems
111 8th Ave., 13th Floor
New York, NY  10011

Flowserve US, Inc.
CT Corporation System
150 Fayetteville Street #1011
Raleigh, NC 27601-1395

FST Engineers, Inc.
Fay Spofford & Thorndike, Inc.
5 Burlington Woods
Burlington, MA  01803

Fulton Thermal
3981 Port Street
Pulaski, NY  13142-4614

Gardner Denver
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Georgia Pacific Corporation
CT Corporation
225 Hillsborough Street
Raleigh, NC  27603

Goulds Pumps, Inc.
240 Fall Street
Seneca, NY  13148

Goulds Pumps (IPG), Inc.
CT Corporation System
150 Fayetteville Street Mall #1011
Raleigh, NC  27601-1395

IMO Industries, Inc.
Corporation Service Center
327 Hillsborough Street
Raleigh, NC  27603


Invensys Control
Registered Agent Solutions
175 Mine Lake Ct., Ste. 100
Raleigh, NC  27615

ITT Corporation
CT Corporation System
150 Fayetteville Street Mall #1011
Raleigh, NC  27601-1395

Met-Pro Corporation
PO Box 144
Harleysville, PA  19438

Munaco Packing & Rubber
5 Ketron Court, Route 23
Greenville, SC  29607

National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Streeet
Raleigh, NC  27603

Parker Hannifin Corporation
CT Corporation System
150 Fayetteville Street #1011
Raleigh, NC 27601-1395

Patterson Pump Company
c/o Allan R. Ramsay
38 Falls Road
Toccoa, GA  30577

Rapid-American Corporation
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808-1645

Tyco International (US)
CT Corporation System
111 8th Avenue 13th Floor
New York, NY  12207

Union Carbide Corporation
CT Corporation System
150 Fayetteville Street #1011
Raleigh, NC 27601-1395

Velan Valve Corporation
94 Avenue C
Williston, VT  05495-9732

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808-1645

Viking Pump, Inc., a Unit of IDEX Corp.
406 State Street
PO Box 8
Cedar Falls, IA  50613-0008

Warren Pumps, Inc.
82 Bridges Avenue
PO Box 969
Warren, MA  01083-0969

Weil-McLain
The Marley-Wylain Company
CT Corporation System
150 Fayetteville Street Mall #1011
Raleigh, NC  27601-1395

Yarway Corporation
CT Corporation System
150 Fayetteville Street #1011
Raleigh, NC 27601-1395

Zurn Industries, LLC
CT Corporation System
150 Fayetteville Street #1011
Raleigh, NC 27601-1395